UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| REBAR TRADE ACTION COALITION,<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED STATES,<br><br>        Defendant,<br><br>   and<br><br>ICDAS CELIK ENERJI TERSANE VE ULASIM SANAYI A.S.,<br><br>        Defendant-Intervenor. | Before: Mark A. Barnett, Chief Judge<br>Court No. 20-00071 |

## **JUDGMENT**

This case having been duly submitted for decision, and the court, after due deliberation, having rendered a decision herein; now therefore, in conformity with said decision, it is hereby:

**ORDERED** that the U.S. Department of Commerce's final results in the first administrative review of the antidumping duty order on rebar from Turkey, *see Steel Concrete Reinforcing Bar From the Republic of Turkey*, 85 Fed. Reg. 15,765 (Dep't Commerce Mar. 19, 2020) (final results of antidumping duty admin. review; 2017–2018), ECF No. 20-4, are **SUSTAINED**; and it is further

**ORDERED** that the subject entries must be liquidated in accordance with the final court decision, including all appeals, as provided for in section 516A(e) of the Tariff Act of 1930, as amended, 19 U.S.C. § 1516a(e) (2018).

/s/    Mark A. Barnett
Mark A. Barnett, Chief Judge

Dated: April 6, 2021
       New York, New York