

UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York 10278-0001

CHAMBERS OF
MARK A. BARNETT
CHIEF JUDGE

April 6, 2021

Via CM/ECF

Re: *Rebar Trade Action Coalition v. United States, et al.*
Court No. 20-00071

To All Counsel:

It is my intention to issue the opinion in the above-captioned case as a redacted public document. The opinion contains confidential information in footnotes (enclosed within double square brackets), which will be redacted prior to the issuance of the public opinion. I do not believe that the opinion contains confidential information in the body text. I ask that counsel for each party please review the opinion and inform the court by April 13, 2021, via ECF, whether any information in this opinion not designated as confidential should be redacted in the public version. Please also state the basis for such belief. Additionally, please review the information the court has designated as confidential and inform the court if such information may be released in the public opinion.

Very truly yours,

/s/  Mark A. Barnett
Mark A. Barnett, Chief Judge